Opinion issued March
8, 2012.










 

 

 

 

 









 








 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00781-CV

____________

 

SPARKLE SIGN COMPANY, INC.,
Appellant

 

V.

 

59 STAFFORD GP, LLC, D/B/A 59 DINER-STAFFORD AND FRANK TAVaKOLI, Appellees

 

 

 



On Appeal from the 11th District Court 

Harris County, Texas

Trial Court Cause No. 2009-52496

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed August 3, 2011.  On February 16, 2012, the parties filed a
joint motion to dismiss the appeal.  See Tex.
R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot.  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

                                                  PER CURIAM

 

Panel consists of
Justices Jennings, Massengale, and Huddle.